NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0886

Ronnie E. Jarvis

- - Versus - -

Foremost Express Insurance Agency Inc., Marcelles A.
Taylor, Felton Keyes, Jr., Kent & Smith Holdings, LLC, and
ABC Insurance Company

19th Judicial District Court
Case #: 669602
East Baton Rouge Parish

On Application for Rehearing filed on 06/09/2021 by Foremost Express Insurance Company, et al

Rehearing _____ **DENIED** _____

J. Michael McDonald

Guy Holdridge

Allison H. Penzato

Date **JUN 2 2 2021**

Rodd Naquin, Clerk